For the Eastern District of Pennsylvania

In re:                                              Bky. No.  1011030
 TAMMY C  MCBRIDE
 DONALD R  MCBRIDE
                                                    Chapter 13
                                                    10/19/10
                                                    at  10:00 AM
                                                    nix2 - Courtroom #2
Debtor(s)                                           900 Market Street, 2nd Floor
                                                    Philadelphia, Pa. 19107


         CHAPTER 13 STANDING TRUSTEE'S MOTION FOR DISMISSAL

   AND NOW, comes William C. Miller, Esquire, Chapter 13 Standing Trustee,
and requests that the above-captioned bankruptcy case be dismissed for the
following reason(s):

Debtor(s) has/have failed to appear at the meeting of creditors required
by 11 U.S.C. Section 341(a).




      The hearing scheduled by the filing of this motion may be
adjourned from time to time without further notice to interested
parties by announcement of such adjournment in court on the date
scheduled for the hearing or continued hearing.

      WHEREFORE, William C. Miller, Esquire, Chapter 13 Standing Trustee
respectfully requests that the Court, after a hearing, enter an Order in
the form annexed hereto, dismissing this bankruptcy case.

                              Respectfully submitted,

                              /S/  William C. Miller
                         _____
                                 William C. Miller, Esquire
                            Chapter 13 Standing Trustee