UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  Tammy C. McBride              : Chapter 13
        and Donald R. McBride

              Debtors        : Bky No. 10-11030-BIF


Certificate of Service

I, Lynette Carberry, paralegal to Lawrence S Rubin, attorney for debtor, do hereby certify that a true and correct copy of the foregoing Debtor's Amended Schedule F and Notice of the Meeting of Creditors has been, this December 2, 2010, served upon the following parties in the manner indicated:

By regular mail: and all other secured and priority creditors, in accordance with Rule 1009.1.

By fax: U.S. Trustee

WILLIAM C. MILLER, Trustee
PO Box 40119
Philadelphia, PA 19106-0119
(215) 627-1377   FAX: (215) 627-6299


s/*Lynette Carberry*
Lynette Carberry
Paralegal to Lawrence S. Rubin, Atty.
Attorney for the debtor
337 W State Street
Media, PA 19063-2615
(610) 565-6660
Fax: (610) 565-1912


Date:  December 1, 2010