UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: TAMMY C. MCBRIDE )<br>    DONALD R. MCBRIDE )<br>    **Debtor(s)** ) | CHAPTER 13 |
| ) | |
| JP MORGAN CHASE BANK, NA ) | Case No.: 10-11030 (BIF) |
|     **Moving Party** ) | |
| ) | |
| v. ) | |
| ) | |
| TAMMY C. MCBRIDE ) | |
| DONALD R. MCBRIDE ) | |
|     **Respondent(s)** ) | |
| ) | |
| WILLIAM C. MILLER ) | |
|     **Trustee** ) | |
| ) | |
| ) | |

**PRAECIPE WITHDRAWING JP MORGAN CHASE BANK, NA'S OBJECTION TO CONFIRMATION OF DEBTORS' CHAPTER 13 PLAN**

**TO THE CLERK OF BANKRUPTCY COURT:**

Kindly withdraw JP Morgan Chase Bank, NA's Objection To Confirmation, filed on or about April 8, 2010 in the above-referenced case, number 24 on the docket.

Date: 1/3/11

/s/ William E. Craig
William E. Craig, Esquire
Attorney ID 92329
Morton & Craig LLC
110 Marter Ave.
Suite 301
Moorestown, NJ 08057
Phone (856) 866-0100
Fax (856) 722-1554
Attorney for JP Morgan Chase Bank, NA